# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

LaShawn R. Pettus,

        Petitioner,    :    Case No. 1:20-cv-187

  - vs -                  District Judge Michael R. Barrett
                            Magistrate Judge Michael R. Merz

Warden,
  Franklin Medical Center,

                                  :

        Respondent.

## TRANSFER ORDER

With the consent of both of them, the Magistrate Judge reference in this case is transferred from Magistrate Judge Bowman to Magistrate Judge Merz. The case remains assigned to District Judge Barrett for final decision.

March 12, 2020.

                                                  s/ *Michael R. Merz*
                                              United States Magistrate Judge